# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-52477-JEH** |
| | § | |
| **RANES, PATRICK S.** | § | Chapter 7 |
| **RANES, JESSICA** | § | |
| | § | Judge: **Hoffman** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $22.66 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| United Telephone Company of Ohio dba Embarq<br>PO Box 7971, Shawnee Mission KS 66207-0971 | 7 | 1.21 |
| Columbia Gas of Ohio Inc<br>200 Civic Center Dr 11th FL, Columbus OH 43215 | 14 | 0.55 |
| HSBC Taxpayer Financial Services<br>90 Christiana Road, New Castle, DE 19720 | 15 | 3.50 |
| Portfolio Recovery Associates, LLC.<br>POB 41067, NORFOLK VA 23541 | 19 | 3.37 |
| Mad River Internal Medicine<br>2231 Timber Trail, Bellefontaine, OH 43311 | 20 | 1.09 |
| Mary Rutan Hospital<br>205 Palmer Rd., Bellefontaine, OH 43311 | 23 | 0.68 |
| ARROW FINANCIAL SERVICES, LLC<br>c/o Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 | 24 | 3.19 |
| Valued Services of Ohio, LLC<br>dba First American Cash Advance, 7047 Lee Highway, Chattanooga, TN 37421 | 25 | 2.75 |
| American Budget<br>107 W. Auglaize, Wapakoneta, OH 45895 | 28 | 1.37 |
| Verizon Wireless Midwest<br>PO Box 3397, Bloomington IL 61701 | 32 | 4.95 |

Dated:   10/13/10                               */s/ Frederick M. Luper*
                                                Frederick M. Luper, Case Trustee